UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Thomas K. Winston,<br><br>   Plaintiff,<br><br> vs.<br><br>GMRI, Inc., jointly and/or severally d/b/a the Olive Garden; Darden Restaurants, Inc., jointly and/or severally d/b/a the Olive Garden; Darden Restaurants, Inc. Employee Club, Inc., jointly and/or severally d/b/a the Olive Garden; Darden Restaurants, Inc. Foundation, jointly and/or severally d/b/a the Olive Garden; Darden Concepts, Inc., jointly and/or severally d/b/a the Olive Garden,<br><br>   Defendant. | C/A No. 4:13-cv-00038-RBH-KDW<br><br>ORDER |

  The parties have stipulated that Plaintiff's action in its entirety shall be arbitrated and jointly seek to have the court stay proceedings in this action while the arbitration is pending. The Federal Arbitration act, 9 U.S.C. § 3, mandates a stay of proceedings brought in this court that should have been brought in arbitration, so long as certain conditions have been satisfied. The parties have filed a Joint Stipulation to Complete Arbitration and Stay Proceedings, ECF No. 7, in which they stipulate that all conditions of the statute have been satisfied. Therefore, for good cause shown, pending the resolution of this matter in arbitration, this action shall be stayed with leave to petition the court to dismiss or reinstate the action if necessary.

  IT IS SO ORDERED.

February 7, 2013                 Kaymani D. West
Florence, South Carolina            United States Magistrate Judge